UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HBM HOLDINGS LIMITED and
HARBOUR ANTIBODIES U.S. INC.,
    Plaintiffs,

v.

WEIHAO XU,
    Defendant.

Civil Action No. 1:24-cv-12724

### AFFIDAVIT OF WEIHAO XU IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, Weihao Xu, do swear and depose as follows:

1. I have first-hand knowledge of the matters alleged herein.

2. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "1"** is a true and correct copy of offer letter/NDA. I received the letter/NDA upon the confirmation of my employment with Harbour.

3. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "2"** is a true and correct copy of the Term Sheet. The Term Sheet was prepared in the ordinary course of business and prepared on or about the date of the Term Sheet.

4. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "3"** is a true and correct copy of the April 24, 2024 e-mail. This e-mail was prepared in the ordinary course of business and prepared on or about April 24, 2024. I was the recipient of the e-mail.

5. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "4"** is a true and correct copy of the May 26, 2024 e-mail. This e-mail was prepared in the ordinary course of business and prepared on or about May 26, 2024. I was the sender of the e-mail

6. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "5"** is a true and correct copy of Mutual Confidentiality Agreement. The Mutual Confidentiality Agreement was prepared in the ordinary course of business and prepared on or about the date of the Agreement.

1

7. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "6"** is a true and correct copy of the June 27, 2024 e-mail. This e-mail was prepared in the ordinary course of business and prepared on or about June 27, 2024. I was the recipient of the e-mail

8. Attached to Defendant's Memorandum of Law in Support of His Motion to Dismiss and marked as **Exh. "7"** is a true and correct copy of ▮▮▮ Term Sheet. The ▮▮▮ Term Sheet was prepared in the ordinary course of business and prepared on or about the date of the Term Sheet.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 19 DAY OF JANUARY 2025.

_____
WEIHAO XU