UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HBM HOLDINGS LIMITED, HARBOUR ANTIBODIES U.S. INC. and HARBOUR BIOMED (Shanghai) CO., LTD, <br>    Plaintiffs, <br><br> v. <br><br> WEIHAO XU, <br>    Defendant. | Civil Action No. 1:24-cv-12724 |
| WEIHAO XU, <br>    Third-Party Plaintiff, <br><br> v. <br><br> JINGSONG WANG, <br>    Third-Party Defendant. | |

## DEFENDANT'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES PURSUANT TO FED. R. CIV. P. 37

Defendant Weihao Xu respectfully submits this motion to compel plaintiffs[1] HBM Holdings Limited and Harbour Antibodies U.S. Inc. to fully and completely respond to Defendant's first set of Interrogatories in accordance with Fed. R. Civ. P. 33.

Defendant is seeking the Court's assistance with the following specific interrogatory responses that were not fully answered by Plaintiffs and were not in compliance with Fed. R. Civ. P. 33 and Local Rule 33.1: 2, 4, 5, 6, 7, 8, 12, 17, 19, 21, 22, and 23. Defendant's arguments in support of this motion to compel are set forth in detail in his memorandum of law filed concurrently herewith.

---

[1] Harbour BioMed (Shanghai) Co. Ltd. was not a party to this action until after the service of Defendant's First Requests for the Production of Documents.

## RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), prior to bringing the present motion to compel the parties conferred by correspondence outlining each and every issue they respectfully had with the opposing parties' responses to discovery requests. These correspondences were discussed over multiple days with some items being resolved. The parties have been unable to resolve their respective differences with respect to the interrogatories at issue in the present motion and thus, are requesting the Court's assistance.

## CONCLUSION

Plaintiffs initiated numerous serious claims against Defendant but refuses to provide specific answers to interrogatories or identify specific documents to support their allegations as the Rules require. Without complete answers, Defendant cannot adequately prepare for the upcoming depositions and mediation. Therefore, Defendant respectfully requests that the Court order Plaintiffs to provide full and verified responses within 14 days.

**DATED: August 18, 2025**        **DEFENDANT,**
Weihao Xu
By his attorneys,

/s/Connie C. Dai
Connie C. Dai (BBO#683330)
Yun Cheng (BBO# 707028)
Lion's Law, P.C.
154 Wells Ave
Newton, Massachusetts 02459
(617) 682-7111 Telephone
(617) 307-3515 Fax
connie@lionslawgroup.com
yun@lionslawgroup.com

        */s/Timothy K. Cutler*
Timothy K. Cutler (BBO#636124)
CUTLER & WILENSKY LLP
20 Walnut Street, Suite 1
Wellesley, Massachusetts 02481
(617) 232-7500 Telephone
tim@cutlerlegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this August 18, 2025.

        */s/Timothy K. Cutler*
        Timothy K. Cutler